## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROGER SIMS**                                                                        **PLAINTIFF**
**ADC #121381**

**V.**                                          **No. 4:24-CV-00901-JM**

**VARNER UNIT,** *et al.*                                                        **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore. No objections have been filed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.       The Varner Unit, ADC, and Doe Defendants are TERMINATED as parties to this action.

2.       The Amended Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

3.       The Court recommends that dismissal of this action be considered a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

4.       It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 22nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE