### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROGER SIMS**                                                                         **PLAINTIFF**
**ADC #121381**

**V.**                                       **No. 4:24-CV-00901-JM**

**VARNER UNIT,** *et al.*                                                          **DEFENDANTS**

### JUDGMENT

Consistent with the Order on this day, this case is dismissed without prejudice. All relief

sought is denied, and the case is closed.

Dated this 22nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE